S:\APPEAL\lindsay.not(appeal)

GENOVA & MALIN
Attorneys for Debtor/Plaintiff
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
(845) 298-1600
Thomas Genova, Esq. (TG4706)
Andrea B. Malin, Esq. (AM4424)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

SHELTON C. LINDSAY,

                     Debtor.
-------------------------------------------------------x
LEE S. KALISH,

                  Plaintiff,
   -against-

SHELTON C. LINDSAY,

                  Defendant.
-------------------------------------------------------x

**CHAPTER 7**
**CASE NO. 06-36352(CGM)**

**ADVERSARY PROCEEDING**
**NO. 07-9025 (CGM)**

## NOTICE OF APPEAL

      SHELTON C. LINDSAY, the debtor/defendant, appeals to the District Court from the final Order of the Bankruptcy Court, dated January 2, 2008, entered in the adversary proceeding commenced by the plaintiff, LEE S. KALISH, against the debtor, requesting, among other things, the entry of an Order finding that the debt due to plaintiff was non-dischargeable pursuant to 11 U.S.C. §§523(a)(6).

      The parties to the Order appealed from and the names and addresses of their

respective attorneys are as follows:

| | |
|---|---|
| THOMAS GENOVA, ESQ.<br>GENOVA & MALIN<br>Attorneys for SHELTON C. LINDSAY<br>Hampton Business Center<br>1136 Route 9<br>Wappingers Falls, NY 12590 | LILLIAN WEIGERT, ESQ.<br>GELLERT & KLEIN, P.C.<br>Attorneys for LEE S. KALISH<br>75 Washington Avenue<br>Poughkeepsie, New York 12601 |

Dated: Wappingers Falls, New York
      January 7, 2008

                        GENOVA & MALIN
                        Attorneys for the Debtor/Appellant

By:   /s/ Thomas Genova
       THOMAS GENOVA (TG4607)
       Hampton Business Center
       1136 Route 9
       Wappingers Falls, NY 12590
       (845) 298-1600