s:\Appeal\Lindsay.record

GENOVA & MALIN
Attorneys for Debtor/Defendant
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
(845) 298-1600
Thomas Genova, Esq. (TG4706)
Andrea B. Malin, Esq. (AM4424)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

SHELTON C. LINDSAY,                                    **CHAPTER 7**
                                                       **CASE NO. 06-36352(CGM)**


                    Debtor.
-------------------------------------------------------x
LEE S. KALISH,

                    Plaintiff,                         **ADVERSARY PROCEEDING**
       -against-                                       **NO. 07-9025 (CGM)**

SHELTON C. LINDSAY,

                    Defendant.
-------------------------------------------------------x

**DESIGNATION OF CONTENTS FOR INCLUSION IN RECORD
ON APPEAL, AND STATEMENT OF ISSUES ON APPEAL**

The following shall be included in the record on appeal:

1.     Complaint filed against the debtor by plaintiff.

2.     Answer to the plaintiff's complaint filed by the debtor.

3.     Letter Amending Page 13, paragraph 70 of the debtor's Answer to plaintiff's

complaint.

4.      Plaintiff's  Motion for Summary Judgment.

5.     Plaintiff's Amended Notice of Motion for Summary Judgment.

6.      Debtor's Opposition to the plaintiff's Motion for Summary Judgment,

including Memorandum of Law and Statement of Facts.

7.      Debtor's Response to Statement of Undisputed Facts and Documents filed

by plaintiff, pursuant to Southern District Local Bankruptcy rule 7056-1©).

    8.  Order Granting Motion for Summary Judgment in favor of plaintiff entered by the United States Bankruptcy Court, Southern District of New York, Poughkeepsie Division.

    9.  Memorandum Decision on plaintiff's Motion for Summary Judgment of the United States Bankruptcy Court, Southern District of New York, Poughkeepsie Division.

    10.  Transcript of Hearing held on December 11, 2007 before the United States Bankruptcy Court, Southern District of New York, Poughkeepsie Division on plaintiff's Motion for Summary Judgment.

<b><u>ISSUES</u></b>

    1.  Did the Bankruptcy Court err in its finding that the standard to be found in civil contempt pursuant to New York State Judiciary Law for civil contempt is identical to the standard under 11 U.S.C. §523(a)(6)?

    2.  Did the Bankruptcy Court err in its finding that the debt due to plaintiff by debtor was non-dischargeable pursuant to 11 U.S.C. §523(a)(6)?

Dated: Wappingers Falls, New York
    January 16, 2008

           GENOVA & MALIN
           Attorneys for Debtor/Defendant

      By:  /s/ Andrea B. Malin
         ANDREA B. MALIN (AM4424)
         Hampton Business Center
         1136 Route 9
         Wappingers Falls, NY 12590
         (845) 298-1600