UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
----------------------------------------X
In re:                                          Chapter 7

    SHELTON C. LINDSAY                          Case No. 06-36352

        Debtor.
----------------------------------------X

LEE S. KALISH

        Plaintiff,
-against-

SHELTON C. LINDSAY                              ADV PRO NO. 07-9025

        Defendant.
----------------------------------------X

### APPELLEES DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL PURSUANT TO BANKRUPTCY RULE 8007

The following additional documents shall be included in the record on appeal:

1.    With respect to appellant's item 4, plaintiff's motion for summary judgment specifically includes plaintiff's notice of motion, statement of undisputed facts and documents pursuant to Local Bankruptcy Rule 7056-1(b) with exhibits, plaintiff's affidavit and memorandum of law all filed on August 17, 2007.

2.    Plaintiff's reply on the motion, specifically including plaintiff's counter statement to debtor's statement of facts pursuant to Local Bankruptcy Rule 7056-1 with exhibits, reply memorandum of law and reply affidavit all filed on October 23, 2007.

3.    Plaintiff's counter statement to defendant's November 14, 2007 revised statement of facts pursuant to Local Rule 7056-1 and affidavit of plaintiff in support of December 4, 2007 Rule 7056-1 Statement of Facts pursuant to court order all filed on December 4, 2007.

Dated: January 24, 2008

                                              Respectfully submitted,

                                                /s/ *Lillian S. Weigert*
                                          LILLIAN S. WEIGERT (LW 2869)
                                          Attorneys for Appellee/Creditor, Lee S. Kalish
                                          Gellert & Klein P.C.
                                          75 Washington Street
                                          Poughkeepsie, NY 12601
                                          (845) 454-3250

                                                /s/ *Lewis D. Wrobel*
                                          LEWIS D. WROBEL (LW 5539)
                                          Attorneys for Appellee/Creditor, Lee S. Kalish
                                          12 Raymond Avenue
                                          Poughkeepsie, NY 12603
                                          (845) 473-5411